IN RE: E.H., A.B., and C.B.

Petition of: J.H.

No. 565 MAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert Allen BENNEY, Petitioner

No. 202 WAL 2017

Supreme Court of Pennsylvania.

November 1, 2017

### ORDER

PER CURIAM

AND NOW, this 1st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Marcus JOHNSON, Petitioner

No. 431 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

John Jermaine BOYD, Petitioner

No. 415 MAL 2017

Supreme Court of Pennsylvania.

December 13, 2017